UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                                    Case No. 3:24-cr-40

vs.

DEMOND HARRIS,                              District Judge Michael J. Newman

      Defendant.

---

**ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS AS MOOT (Doc. No. 23)**

---

The Court previously accepted Defendant's plea of guilty as charged in Count 1 of the indictment.  *See* Doc. No. 36.  Accordingly, Defendant's pending motion to suppress (Doc. No. 23) is **DENIED WITHOUT PREJUDICE AS MOOT**.

      **IT IS SO ORDERED.**

March 19, 2026                               s/*Michael J. Newman*
                                                        Hon. Michael J. Newman
                                                        United States District Judge